FILED
2014 Aug-05  AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

Clerk
United States District Court
1729 Fifth Avenue North
Birmingham AL 35203-2037

PS Form 3800 6/02

CERTIFIED MAIL

9407 1118 9956 1906 2377 67

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ( ☐ Addressee or ☑ Agent)

X

B. Received By: (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

State     ZIP + 4 Code

RETURN RECEIPT REQUESTED
Article Addressed To:

AmSher Collection Services, Inc.
600 Beacon Pkwy W Suite 300
Birmingham AL 35209-3114

CV-14-K-1427-S