FILED
2014 Sep-11  AM 09:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AARON OLIVER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>AMSHER COLLECTION SERVICES, )<br>INC.,  )<br>  )<br>  Defendant.  )  | Civil Action Number<br>2:14-cv-01427-AKK |

## ORDER

The court has for its consideration Plaintiff's motion to voluntarily dismiss Defendant, doc. 9. It is **ORDERED** that this action be and hereby is **DISMISSED WITH PREJUDICE.** Costs are taxed as paid.

**DONE** the 11th day of September, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE